# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br>v.<br>Mark KASIANCHUK,<br>　　　　　　Defendant. | Case No.: '21 MJ4878<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18 U.S.C. § 111(a)(1)<br>Assaulting, Resisting, or Impeding Federal Officers<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about December 12, 2021, within the Southern District of California, Mark KASIANCHUK intentionally and forcibly assaulted a person designated in Title 18, United States Code, Section 1114, to wit: Department of Homeland Security, United States Customs and Border Protection Officer Cesar Nungaray, such acts involving physical contact, in that Mark KASIANCHUK failed to stop for CBP inspection and struck CBPO Nungaray's hand with a moving vehicle, while CBPO Nungaray was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111(a)(1), a felony.

　　　　　　　　　　　　　　　　　　　Special Agent David Steiman
　　　　　　　　　　　　　　　　　　　Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 13th day of December 2021.

　　　　　　　　　　　　　　　　　　　_Barbara L. Major_
　　　　　　　　　　　　　　　　　　　HON. BARBARA L. MAJOR
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE

## STATEMENT OF FACTS

On December 12, 2021, at approximately 12:45 am, Mark KASIANCHUK, a Ukraine citizen, entered the United States at the San Ysidro, California, Port of Entry vehicle primary lanes. Also in the vehicle was Ivan ILCHUK, a Ukraine citizen, Dalerjon RAJABOV, a Tajikistan citizen, Akhror SAIDOV, a Tajikistan citizen, Makhbuba KAKHOROVA, a Tajikistan citizen, and M.S. (a juvenile), a Tajikistan citizen.

While assigned to pre-primary inspection lanes, U.S. Customs and Border Protection (CBP) Officer witnessed KASIANCHUK approach the entrance to the pre-primary inspection area and attempted to enter the United States from Mexico.

The CBP Officer saw KASIANCHUK show a blue card through the window of the vehicle that he was driving. KASIANCHUK then quickly pulled the card out of view. The CBP Officer motioned for KASIANCHUK to show the card again. KASIANCHUK did not comply.

The CBP Officer approached the vehicle to make verbal contact with KASIANCHUK. KASIANCHUK accelerated the vehicle forward. The driver's side mirror of the vehicle struck the CBP Officer in the left hand. The CBP Officer sustained injuries to his left hand and wrist.

KASIANCHUK was arrested and charged with violation(s) of Title 18 USC 111(a)(1), Assault on a Federal Officer.